AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LAMAR TRUSSELL
    Plaintiff

        v.                        Civil Action No. 2:21-cv-177

MUNSTER TOWN OF
STEVEN SERNA, *Munster Police Officer*
MICHAEL SILSBY, *Munster Police Officer*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of Defendants Town of Munster, Steven Serna and Michael Silsby as to Count III and Count IV in the Complaint.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge John E Martin on Motion for Summary Judgment

DATE: 12/8/222             GARY T. BELL, CLERK OF COURT

                                                     by   s/S. Kowalsky
                                                            *Signature of Clerk or Deputy Clerk*